Frank J. Martinez (FJM-2149)
THE MARTINEZ GROUP PLLC
55 Washington Street, Suite 253-C
Brooklyn, New York 11201
718.797.2341 Telephone
855.553.7004 Facsimile
FM@martinezgroup.com
Attorney Docket: 1079-87

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
FONT DINER, INC.,

                        Plaintiff,

-against-

CAFÉ PRESS, INC
d/b/a INVITATION BOX.COM,

                        Defendant.
-----------------------------------------------------------------X

13-CV-2242
(ILG)(CLP)

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Font Diner, Inc. hereby voluntarily dismisses with prejudice the above-caption action, with all rights of appeal waived, and with each party bearing its own costs and attorneys' fees.

Dated: August 14, 2013

Respectfully submitted,
THE MARTINEZ GROUP PLLC

By: _____
Frank J. Martinez, Esq. (FJM-2149)
*Attorneys for Plaintiff Font Diner, Inc.*
THE MARTINEZ GROUP PLLC
55 Washington Street, Suite 253-C
Brooklyn, New York 11201
718.797.2341 Telephone
855.553.7004 Facsimile
FM@martinezgroup.com

## AFFIDAVIT OF SERVICE

I hereby certify that a true copy of the foregoing document, NOTICE OF VOLUTNARY DISMISSAL WITH PREJUDICE was served on August 14, 2013 by electronic mail only to:

Jason C. Kravitz, Esq.
Gina M. McCreadie, Esq.
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02210
617.345.1318 Telephone
866.947.1715 Facsimile
jkravitz@nixonpeaboy.com
gmcreadie@nixonpeabody.com
*Attorneys for Defendant*

Date: August 14, 2013          By: _____
                                   Frank J. Martinez

{00021515 v.1}